MINUTE ENTRY
MOORE, M.J.
DECEMBER 15, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                          CRIMINAL ACTION

VERSUS                                                            NO: 00-113

TYRONE PARKER                                                     SECTION "J"

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:   X   DEFENDANT WITH/(WITHOUT) COUNSEL
               X   ASSISTANT U.S. ATTORNEY  TRACEY KNIGHT - Jeff Mitchell for
               X   PROBATION OFFICER  RODNEY DOUGLAS - not present
               ___ INTERPRETER _____ SWORN
                   (TIME:         .M  to          .M)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF (PETITION)/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__/ BOND SET AT _____

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__/ DEFENDANT RELEASED ON BOND
__/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
December 22, 2006 at 10:00 am
X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
December 18, 2006 at 2:00 p.m.
 X / **RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
    BEFORE UNITED STATES DISTRICT JUDGE CARL BARBIER**

MJSTAR:  :08

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No _____