# United States District Court

## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 18  AM II: 40

LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA

v.

**WARRANT FOR ARREST**

TYRONE PARKER

CASE NUMBER: CR, 00-113, J

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **TYRONE PARKER, 1716 South Dupre Street, New Orleans, LA, 70125**  and bring  him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) Indictment  ( ) Information  ( ) Complaint  ( ) Order of  ( ) Probation  (X ) Supervised Release  ( ) Violation

Court       Violation       Violation Petition       Notice

Petition

charging him or her with VIOLATIONS OF SUPERVISED RELEASE

| | |
|---|---|
| **LORETTA G. WHYTE** | **CLERK** |
| Name of Issuing Officer | Title of Issuing Officer |
| | |
| | **February 6, 2006  New Orleans, Louisiana** |
| Signature of Issuing Officer | Date and Location |
| | |
| (By) Deputy Clerk | |

Bail fixed at $_____    by _____

Name of Judicial Officer    Fee
Process
X  Dktd
CtRmDep
Doc. No.

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ Pike County Mississippi. | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 12/15/06 | L. Camin | |

Prob12C (7/93)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana



PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** TYRONE PARKER          **Case Number:** 053L 2:00CR00113-001J

**Name of Sentencing Judicial Officer:**  Honorable Carl J. Barbier

**Offense:** 21 U.S.C. 841(a)(1) and 18 U.S.C. 924(c)(1)(A) - Possession with intent to distribute heroin and carrying a firearm in relation to a drug trafficking offense

**Date of Sentence:**  October 25, 2000

**Sentence:**  Custody of the Bureau of Prison for a period of six months as to Count 1 and 60 months as to Count 2, to run consecutively to Count 1, to be followed by a three year term of supervised release as to Counts 1 and 2, to run concurrently.  A special assessment fee in the amount of $200.00 is ordered.

**Special Conditions:**

1)      Orientation and Life Skills
2)      Drug Aftercare Treatment
3)      Obtain his GED

**Type of Supervision:**    Supervised Release       **Date Supervision Commenced:**  April 06, 2005

**Assistant U.S. Attorney:**    Tracey Knight         **Defense Attorney:**  Gary Wainwright

---

## PETITIONING THE COURT

[ X ]  To issue a warrant                                    [   ]  To issue a summons

For the arrest of Tyrone Parker for alleged violations of  Supervised Release , and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition | On December 15, 2005, Parker was arrested by personnel of the McCombe, Mississippi Police Department and charged with illegal possession of a controlled substance.  Parker is currently incarerated on a $20,000.00 bond in the Pike County Sheriff's Department  jail. |
| Standard Condition No. 11 | Parker failed to notify his probation officer within 72 hours of his arrest. |
| Special Condition No. 2 | Parker submitted a urine specimen to personnel at Family Services Society of Greater New Orleans on July 5, 2005, which tested posiive for marijuana. |
| Standard Condition No. 2 | Parker failed to submit monthly supervision report from September 2005 through January 2006 |

Standard Condition No. 6              Parker has failed to notify the probation officer of any change of residence or employment.  Since Hurricane Katrina, Parker has failed to report to the probation office.

**CUSTODIAL STATUS:**  Tyrone Parker is in the Pike County Sheriff's Department Jail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  February 03, 2006

_Rodney C. Douglas_
Rodney C. Douglas
U.S. Probation Officer

REVIEWED BY: _Stephanie H. Williams_
Stephanie H. Williams
Supervising U. S. Probation Officer

---

**THE COURT ORDERS**

[ ]     No Action
[X]    The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other

_Signature of Judicial Officer_
Signature of Judicial Officer

Date   February 03, 2006

Address of Offender:     1716 South Dupre Street
New Orleans, LA 70125

CLERK'S OFFICE
A TRUE COPY

FEB - 6 2006

Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.

**THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:**
        Original      -   Clerk's Office
        1 Copy Certified     -   U.S. Attorney
        1 Copy Certified     -   U.S. Marshal's Office
        2 Copies Certified  -   U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

**v.**                                              **WARRANT FOR ARREST**

TYRONE PARKER

CASE NUMBER: CR, 00-113, J

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **TYRONE PARKER, 1716 South Dupre Street, New Orleans, LA, 70125** and bring  him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) Indictment      ( ) Information      ( ) Complaint      ( ) Order of      ( ) Probation      (X ) Supervised Release      ( ) Violation
                                                             Court          Violation        Violation Petition              Notice
                                                                            Petition

charging him or her with VIOLATIONS OF SUPERVISED RELEASE

**LORETTA G. WHYTE**                          **CLERK**
Name of Issuing Officer                       Title of Issuing Officer

                                              **February 6, 2006   New Orleans, Louisiana**
Signature of Issuing Officer                  Date and Location

_Stephanie Kall_
(By) Deputy Clerk

Bail fixed at $_____   by _____
                                              Name of Judicial Officer

| RETURN |
|--------|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---------------|-------------------------------------|--------------------------------|
| DATE OF ARREST |  |  |