

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 21  AM 10: 01

LORETTA G. WHYTE
       CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-113 |
| v. | * | SECTION: "J" |
| TYRONE PARKER | * | |
| | * * * | |

### RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully represents:

I.

On October 25, 2000, defendant, TYRONE PARKER was sentenced for violating Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 924(c)(1)(A), by the Honorable Carl J. Barbier.

II.

Details of the defendant's sentence and supervised release are set forth in Exhibit "A" attached hereto and made a part hereof by reference.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No_____
```

III.

Defendant has violated the terms of his supervised release in the manner set forth in Exhibit "A" attached hereto and made part hereof by reference.

WHEREFORE, the government prays that the defendant TYRONE PARKER be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause, if any he can, on the _____ day of _____, 2007, at _____ .m., before United States District Judge Carl J. Barbier, at the United States District Court., Room C268, New Orleans, Louisiana, why the supervised release ordered should not be revoked, for violation of the terms and conditions of his supervised release.

Respectfully submitted,
JIM LETTEN
UNITED STATES ATTORNEY

TRACEY N. KNIGHT
Assistant United States Attorney
LA. Bar Roll No. 23165
Hale Boggs Federal Building
500 Poydras Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3080

CERTIFICATE OF SERVICE
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this 20th day of December, 2006.

Assistant United States Attorney