Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana



### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** TYRONE PARKER    **Case Number:** 053L 2:00CR00113-001J

**Name of Sentencing Judicial Officer:** Honorable Carl J. Barbier

**Offense:** 21 U.S.C. 841(a)(1) and 18 U.S.C. 924(c)(1)(A) - Possession with intent to distribute heroin and carrying a firearm in relation to a drug trafficking offense

**Date of Sentence:** October 25, 2000

**Sentence:** Custody of the Bureau of Prison for a period of six months as to Count 1 and 60 months as to Count 2, to run consecutively to Count 1, to be followed by a three year term of supervised release as to Counts 1 and 2, to run concurrently. A special assessment fee in the amount of $200.00 is ordered.

**Special Conditions:**

1) Orientation and Life Skills
2) Drug Aftercare Treatment
3) Obtain his GED

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** April 06, 2005

**Assistant U.S. Attorney:** Tracey Knight    **Defense Attorney:** Gary Wainwright

---

### PETITIONING THE COURT

[ X ] To issue a warrant    [ ] To issue a summons

For the arrest of Tyrone Parker for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition | On December 15, 2005, Parker was arrested by personnel of the McCombe, Mississippi Police Department and charged with illegal possession of a controlled substance. Parker is currently incarcerated on a $20,000.00 bond in the Pike County Sheriff's Department jail. |
| Standard Condition No. 11 | Parker failed to notify his probation officer within 72 hours of his arrest. |
| Special Condition No. 2 | Parker submitted a urine specimen to personnel at Family Services Society of Greater New Orleans on July 5, 2005, which tested posiive for marijuana. |
| Standard Condition No. 2 | Parker failed to submit monthly supervision report from September 2005 through January 2006 |

GOVERNMENT EXHIBIT A

Standard Condition No. 6    Parker has failed to notify the proation officer of any change of residence or employment. Since Hurricane Katrina, Parker has failed to report to the probation office.

**CUSTODIAL STATUS:** Tyrone Parker is in the Pike County Sheriff's Department Jail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 03, 2006

_Rodney C. Douglas_
Rodney C. Douglas
U.S. Probation Officer

REVIEWED BY: _Stephanie H. Williams_
Stephanie H. Williams
Supervising U. S. Probation Officer

---

**THE COURT ORDERS**

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Signature_
Signature of Judicial Officer

February 03, 2006
Date

Address of Offender:    1716 South Dupre Street
                        New Orleans, LA 70125

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
   Original        - Clerk's Office
   1 Copy Certified    - U.S. Attorney
   1 Copy Certified    - U.S. Marshal's Office
   2 Copies Certified   - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.

TYRONE PARKER

**WARRANT FOR ARREST**

CASE NUMBER: CR, 00-113, J

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **TYRONE PARKER, 1716 South Dupre Street, New Orleans, LA, 70125** and bring him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) Indictment ( ) Information ( ) Complaint ( ) Order of Court ( ) Probation Violation Petition (X) Supervised Release Violation Petition ( ) Violation Notice

charging him or her with VIOLATIONS OF SUPERVISED RELEASE

---

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

Signature of Issuing Officer

(By) Deputy Clerk

**February 6, 2006   New Orleans, Louisiana**
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**UNITED STATES DISTRICT COURT**

JILL N. BENOIT
CHIEF PROBATION OFFICER

EASTERN DISTRICT OF LOUISIANA
PROBATION OFFICE

500 POYDRAS STREET, ROOM B-505
NEW ORLEANS, LOUISIANA 70130
(504)589-3200
Fax 504/589-3216

February 3, 2006

Honorable Carl J. Barbier
United States District Judge
500 Poydras Street, Room C-256
New Orleans, Louisiana 70130

RE: PARKER, TYRONE
Dkt. No. 053L2-00CR00113-001
**Request for a Warrant**

Dear Judge Barbier:

On October 25, 2000, Tyrone Parker appeared before Your Honor for sentencing following his plea of guilty to possession with intent to distribute heroin and carrying a firearm in relation to a drug trafficking offense. He was sentenced to six months in the custody of the Bureau of Prisons as to Count 1 and 60 months to the custody of the Bureau of Prisons as to Count 2, to run consecutively, followed by a three year term of supervised release as to Counts 1 and 2, to run concurrently. As special conditions of supervised release, Parker was ordered to participate in the Orientation and Life Skills and Drug Aftercare Programs and obtain his General Equivalency Diploma. A special assessment fee in the amount of $200.00 was ordered.

Parker was released from custody on April 6, 2005, at which time his supervised release commenced. Parker has violated the conditions of his supervised release by absconding from supervision, being arrested by the McCombe Police Department, submitting a positive urinalysis for marijuana and failing to submit monthly supervision reports for September 2005 through January 2006.

According, a Probation Form 12C is attached for Your Honor signature should Your Honor concur with this matter. It is this writer's intention to recommend detention when Parker appears before the U.S. Magistrate Judge for his Initial Appearance Hearing.

Respectfully,

Rod C. Do

Rodney C. Douglas
U.S. Probation Officer

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No._____

RCD:lh

Enclosure

Reviewed by:

_Stephanie H. Williams_
Supervising U.S. Probation Officer