FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 29 AM 7:32

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-113 |
| v. | * | SECTION: "J" |
| TYRONE PARKER | * | |
| | * * * | |

### ORDER

Considering the foregoing Rule to Revoke Supervised Release;

IT IS HEREBY ORDERED that the defendant TYRONE PARKER show cause before the Court at 1:30 p.m., on the 31st day of January, 2007, why supervised release granted to him on October 25, 2000 should not be revoked.

New Orleans, Louisiana, this 22 day of December, 2006.

UNITED STATES DISTRICT JUDGE

3

Fee_____
Process_____
X  Dktd_____
✓ CtRmDep_____
Doc. No._____