✎AO 245D     (Rev. 12/03) Judgment in a Criminal Case for Revocations
             Sheet 1

# UNITED STATES DISTRICT COURT

          EASTERN          District of          LOUISIANA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| TYRONE PARKER | Case Number:   00-113  SEC J |
| | USM Number:   27015-034 |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | ARRESTED IN MACOMBE, MS | |
| 2 | PLED GUILTY TO POSSESSION LESS THAN 30 GRAMS OF MARIJUANA | |
| 3 | FAILED TO INFORM THE PROBATION OFFICER OF ARREST AND CONVICTION | |
| 4 | TESTED POSITIVE FOR DRUGS | |
| 5 | DID NOT REPORT FOR SUPERVISION OR SUBMIT MONTHLY REPORTS | |

The defendant is sentenced as provided in pages 2 through   2   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: ███

Defendant's Date of Birth: ███

Defendant's Residence Address:
Incarcerated

Defendant's Mailing Address:
Same as above.

JANUARY 31, 2007
Date of Imposition of Judgment

*/s/ Carl J. Barbier*
Signature of Judge

CARL J. BARBIER, UNITED STATES DISTRICT JUDGE
Name and Title of Judge

2/1/07
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT:        TYRONE PARKER
CASE NUMBER:      00-113  SEC J

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be total term of  6 MONTHS.**

☐ The court makes the following recommendations to the Bureau of Prisons:

**X  The defendant is remanded to the custody of the United States Marshal.**

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL