**MINUTE ENTRY**
**BARBIER, J.**
**JANUARY 31, 2007**
**JS-10:  22 min.**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NUMBER: 00-113** |
| **TYRONE PARKER** | **SECTION: J** |

| | |
|---|---|
| **COURTROOM DEPUTY:** | **COURT REPORTER:** |
| **EILEEN STENSRUD** | **CATHY PEPPER** |

**WEDNESDAY, JANUARY 31, 2007    1:30 P.M.**
**JUDGE CARL J. BARBIER PRESIDING**

### RULE TO REVOKE SUPERVISED RELEASE

The defendant is present.
Counsel make their appearance for the record.
The defendant admits violating his supervised release.
The defendant is sentenced (See judgment)
The defendant is remanded.


ATTORNEYS: Gary Schwabe, Asst. FPD, for defendant
          Matthew Coman, AUSA for government